IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Rachelle Lau<br><br>　　　　Plaintiff,<br><br>v<br><br>United States of America, Department of Agriculture,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. _____ |

## COMPLAINT

### PRELIMINARY STATEMENT

1. Plaintiff Rachelle Lau is a resident of Kootenai County, Idaho.

2. Plaintiff brings this action against Defendant United States of America, Department of Agriculture, under the Federal Tort Claims Act.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. §§ 1331 and 1346.

4. On October 17, 2014, Plaintiff submitted a claim for damages to the U.S. Forest Service, Department of Agriculture, as required by the Federal Tort Claims Act, 28 U.S.C. §§ 28 U.S.C. 2671-2680.

5. On June 8, 2015, the Department of Agriculture issued the attached denial letter, rejecting Plaintiff's claim for damages arising out of negligence committed by the U.S. Forest Service. Plaintiff has therefore exhausted all administrative remedies.

6. Venue is properly with this District under 28 U.S.C. § 1402(b) as the acts that are the subject of this Complaint occurred within the District near the St. Joe River, a tributary of the Coeur d'Alene River.

## PARTIES

7. Plaintiff is and was at all times hereto a resident of Kootenai County, Idaho.

8. The U.S. Forest Service is a subdivision of the United States Department of Agriculture.

## FACTUAL ALLEGATIONS

9. On or about July 22, 2014 Plaintiff was engaged in recreational activity at property owned and operated by the U.S. Forest Service in the vicinity of the St. Joe River near St. Maries, Idaho.

10. At that same time and place, Plaintiff attempted to utilize a lavatory owned and operated by the U.S. Forest Service.

11. Unknown to Plaintiff, employees of the U.S. Forest Service has recently hosed down the lavatory in a manner contrary to the policies and procedures of the U.S. Forest Service.

12. In hosing down the lavatory, employees of the U.S. Forest Service conducted such cleaning in a careless and negligent manner.

13. Employees of the U.S. Forest Service, after hosing down the lavatory, left the floor in a wet and dangerous condition.

14. Despite leaving the floor in a wet and dangerous condition, employees of the U.S. Forest Service failed to leave any signage warning patrons that the floor was wet and slippery.

15. As a result of the carelessness and negligence of the employees of the U.S. Forest Service, Plaintiff fell upon entering the above-referenced lavatory.

16. Due to the carelessness and negligence of the employees of the U.S. Forest Service, the plaintiff sustained serious and permanent injuries when she fell in the above-referenced lavatory.

17. Due to the carelessness and negligence of the employees of the U.S. Forest Service, the Plaintiff incurred the following damages:

    A. Past and future medical bills.

    B. Past and future loss of earnings.

    C. Past and future pain and suffering and loss of enjoyment of life.

WHEREFORE Plaintiff prays for judgment against Defendant for the following:

    A. Compensatory damages.

B.  Reasonable costs and attorney fees.

C.  Such other relief as the court may deem equitable.

Dated this 7th day of July, 2015.

_____
James Bendell
Attorney for Plaintiff
The Bendell Law Firm, PLLC
1110 W. Park Place, Suite 302
Coeur d'Alene, Idaho 83814
Tel: (208) 215-2255
Fax: (208) 416-6540



| United States | Office of the | Washington, |
| Department of | General | D.C. |
| Agriculture | Counsel | 20250-1400 |

JUN 08 2015

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

James Bendell, Esq.
1110 West Park Place, Suite 302
Coeur d'Alene, Idaho 83814

Subject: Federal Tort Claim of Rachelle Lau

Mr. Bendell:

This is in reference to a claim you submitted on behalf of Rachelle Lau ("Ms. Lau"). The claim was received by the U.S. Forest Service of the U.S. Department of Agriculture ("USDA") on or about October 17, 2014. The claim was brought under the provisions of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680.

Ms. Lau's FTCA claim arises out of an alleged injury from a fall, occurring on July 27, 2014, that arose when she was in a U.S. Forest Service lavatory that she alleges was in a wet and dangerous condition at the time of her fall.

Our review of Ms. Lau's claim discloses no liability on the part of the United States. Therefore, Ms. Lau's FTCA claim is denied. The FTCA is a limited surrender of the sovereign immunity of the United States. United States v. Orleans, 425 U.S. 807 (1976). The United States, as sovereign, is immune from suit, except to the extent it consents to be sued. The FTCA provides that the United States shall be liable for death, personal injury, or property damage caused by the negligent or wrongful act or omission of any employee of the Government acting within the scope of his or her office or employment, under circumstances where a private person would be liable in accordance with the law of the place where the act or omission occurred. 28 U.S.C. §§ 1346(b), 2674. Our review discloses no negligence or wrongful acts on the part of an employee of the Government.

This is the final denial of Ms. Lau's claim. If Ms. Lau is dissatisfied with this final action, she may file suit against the United States of America in an appropriate United States District Court not later than six (6) months from the date of mailing this letter, which is the date shown above.

Sincerely,

*Shawn S. McGruder*
Shawn S. McGruder
Assistant General Counsel
General Law and Research Division